# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-cv-0859 |
| | § | |
| UNDERWIRE EXPRESS, L.L.C., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL DEFAULT JUDGMENT

In August 2010, this court granted plaintiff Financial Federal Credit Inc.'s motion for entry of default and for default judgment against defendants Underwire Express, L.L.C. and Underwire Brokerage, L.L.C. No service was shown as to the remaining defendants. The court ordered the plaintiff to show cause why final judgment should not be entered. The court later granted the plaintiff's motion for an extension of time to serve these defendants, to December 17, 2010. No proof of service has been shown.

Final default judgment is separately entered against defendants Underwire Brokerage, L.L.C. and Underwire Services, L.L.C., jointly and severally, in the following amounts:

- $204, 5181.03 in actual damages;

- $40,441.21 in prejudgment interest at the contractual default rate of 18 % per annum from June 22, 2009 through July 28, 2010, plus additional prejudgment interest from July 29, 2010 to the date of judgment in the amount of $100.86 per day;

- postjudgment interest at the rate of 18% per annum; and

- judgment for possession of a 2008 Vanguard 53 foot van trailer, serial number 5V8VA53288M806511, the one item of equipment withheld by the defendants when the remaining items of equipment were foreclosed on and sold to reduce the deficiency owed on the note, security agreements, and guaranties.

SIGNED on December 23, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge